33 So.2d 280

**Clarence Luther McCORD, alias Henry Smith, v. STATE.**

**6 Div. 446.**

Court of Appeals of Alabama.

Dec. 16, 1947.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Appeal dismissed.

35 So.2d 923

**James McWHORTER v. STATE.**

**6 Div. 581.**

Court of Appeals of Alabama.

April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

35 So.2d 923

**R. L. McWHORTER v. CITY OF HUNTSVILLE.**

**8 Div. 645.**

Court of Appeals of Alabama.

May 20, 1948.

PER CURIAM.

Appeal dismissed, want of prosecution.

29 So.2d 901

**Bob MALONE v. STATE.**

**8 Div. 545.**

Court of Appeals of Alabama.

Oct. 29, 1946.

Wm. N. McQueen, Atty. Gen,. for the State.

CARR, Judge.

Affirmed.

34 So.2d 870

**Bob MALONE v. STATE.**

**8 Div. 637.**

Court of Appeals of Alabama.

March 16, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

34 So.2d 870

**L. E. MALONE v. STATE.**

**8 Div. 601.**

Court of Appeals of Alabama.

Feb. 3, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Appeal dismissed.